**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6326**

---

In Re: GREGORY LOUIS CHARLES,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CR-90-143-S)

---

Submitted:  May 28, 1999          Decided:  June 18, 1999

---

Before WILLIAMS and MICHAEL, Circuit Judges, and HALL, Senior Cir-
cuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Gregory Louis Charles, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory L. Charles filed this petition for a writ of mandamus asking this court to compel the district court to respond to his motion to dismiss an indictment. The granting of a writ of mandamus is a drastic remedy to be used in extraordinary circumstances. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). A petitioner must show that he has a clear right to the relief sought, that the respondent has a clear duty to perform the act requested by the petitioner, and that there is no other adequate remedy available. See In re First Fed. Sav. & Loan Ass'n of Durham, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. See In re Steelworkers of Am., 595 F.2d 958, 960 (4th Cir. 1979). However, unreasonable delay is reviewable by mandamus.

The district court has now entered an order denying Charles' motion to dismiss the indictment. Therefore, the mandamus petition is moot. To the extent that Charles also seeks to challenge the district court's order, his remedy is to file an appeal from that order.

Accordingly, although we grant leave to proceed in forma pauperis, we deny Charles' petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED